U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 28 2007

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARYE E. WILSON, <br> Plaintiff, | § <br> § <br> § |
| v. | §    No. 3:06-CV-0586-M |
| | § |
| HENRY M. PAULSON, JR., <br> Secretary of the United States <br> Department of the Treasury, <br> Defendant. | §    ECF <br> § <br> § <br> § <br> § |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28 day of March, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE